

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| HAPATIA BEAUMONT, | § | No. 08-15-00020-CV |
| Appellant, | § | Appeal from the |
| v. | § | 348th District Court |
| ADINA LOGAN, M.D., | § | of Tarrant County, Texas |
| Appellee. | § | (TC# 348-273155-14) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order costs of the appeal are taxed against the party incurring same, and this decision be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF FEBRUARY, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.